UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 01 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHEN EDWARD MAY,<br><br>          Petitioner - Appellee,<br><br>  v.<br><br>DAVID SHINN, Director and MARK BRNOVICH, Attorney General,<br><br>          Respondents - Appellants. | No. 17-15603<br><br>D.C. No. 2:14-cv-00409-NVW<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |
| STEPHEN EDWARD MAY,<br><br>          Petitioner - Appellant,<br><br>  v.<br><br>DAVID SHINN, Director and MARK BRNOVICH, Attorney General,<br><br>          Respondents - Appellees. | No. 17-15704<br><br>D.C. No. 2:14-cv-00409-NVW<br>U.S. District Court for Arizona, Phoenix |

The judgment of this Court, entered March 27, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7