**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED
AUG 19 2022
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHEN EDWARD MAY, <br><br> Petitioner-Appellee, <br><br> v. <br><br> DAVID SHINN, Director; MARK BRNOVICH, Attorney General, <br><br> Respondents-Appellants. | No. 17-15603 <br><br> D.C. No. 2:14-cv-00409-NVW <br> District of Arizona, <br> Phoenix <br><br> ORDER |
| STEPHEN EDWARD MAY, <br><br> Petitioner-Appellant, <br><br> v. <br><br> DAVID SHINN, Director; MARK BRNOVICH, Attorney General, <br><br> Respondents-Appellees. | No. 17-15704 <br><br> D.C. No. 2:14-cv-00409-NVW |

Before: IKUTA and FRIEDLAND, Circuit Judges, and BLOCK,[*] District Judge.

The panel has unanimously voted to deny appellee's petition for rehearing.

Judge Ikuta and Judge Friedland have voted to deny the petition for rehearing en

---

[*] The Honorable Frederic Block, United States District Judge for the Eastern District of New York, sitting by designation.

banc, and Judge Block so recommends.  The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

    The petitions for rehearing and rehearing en banc are DENIED.